```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                           TAMPA DIVISION
```

ROSE D'AMELIO,

       Plaintiff,
v.                                   Case No. 8:13-cv-1051-T-33TBM

BAYCARE HEALTH SYSTEM, INC.,

       Defendant.
_____/

## ORDER APPOINTING MEDIATOR

Pursuant to the Notice of Mediation Conference (Doc. # 12) filed on June 12, 2013, and in accordance with the rules governing mediation set forth in Chapter Nine of the Rules of the United States District Court for the Middle District of Florida, it is **ORDERED** that the following individual is hereby **APPOINTED** by the Court to serve as Mediator in this action:

    **Name of Mediator:**   Mark A. Hanley, Esq.
    **Address:**               100 South Ashley Drive, Suite 1300
                                  Tampa, Florida 33602
    **Telephone:**          (813)229-3333

By agreement of the parties, the mediation conference is scheduled for **November 19, 2013, at 10:00 a.m.** at the offices of the mediator.

The parties are directed to mediate in good faith and to fully and faithfully explore every settlement

opportunity. Furthermore, the Court directs that all counsel, parties, corporate representatives, and any other required claims professionals shall be present at the mediation conference with full authority to negotiate a settlement. The Court does not allow mediation by telephone or video conference. Personal attendance is required. See Local Rule 9.05(c).

**DONE** and **ORDERED** in Tampa, Florida, this 13th day of June, 2013.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:   All Counsel of Record
          Mediator Mark A. Hanley, Esq.
          Glenn Rasmussen, P.A.
          100 South Ashley Drive, Suite 1300
          Tampa, Florida 33602

2